**Opinion issued December 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00440-CV

———————————

**ONLY THIRTEEN, INC. A/K/A THIRTEEN, INC. AND HARCHARAN S. NARANG, MD, Appellants**

**V.**

**GULSHAN ENTERPRISES, INC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1034298**

---

## MEMORANDUM OPINION

Appellants, Only Thirteen, Inc. a/k/a Thirteen, Inc. and Harcharan S. Narang, MD, have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal

was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.